No. 04–1176.  WASHBURN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–7073.  BROCK *v.* WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 04–7286.  SACK *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–7357.  JACKSON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 04–7421.  LOUNSBURY *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 04–7820.  KLAHN *v.* WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 04–7824.  ROBERTS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–7860.  BARNES *v.* WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–7901.  CASH *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–7928.  CARTER *v.* MEADOWGREEN ASSOCIATES.  Sup. Ct. Va.  Certiorari denied.

No. 04–8412.  HARRIS *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT.  C. A. 6th Cir.  Certiorari denied.

No. 04–8415.  FREMONDE *v.* CITY OF NEW YORK, NEW YORK, ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 04–8420.  FELDER *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–8423.  HEADRICK *v.* LEHMAN, DIRECTOR, WASHINGTON DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.